# FOURTH DISTRICT.

Thomas Groves, administrator, appellee, v. American Glycerin Company, appellant.

Action for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Lawrence county; the Hon. J. C. Kern, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 2, 1924.

McGaughey, Tohill & McGaughey, for appellant.  Shaw & Huffman, for appellee.

Mr. Justice Barry delivered the opinion of the court.

---

**M. & M. Motor & Implement Company, appellee, v. Weber Implement & Automobile Company, appellant.**

Bill for an accounting.  Decree for complainant.  Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1924.  Affirmed.  Opinion filed February 9, 1925.  *Certiorari* denied by Supreme Court (making opinion final).

T. A. O'Connor, for appellant.  Ralph Cook, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.